Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ME2 Productions Incorporated | No. CV-17-00210-PHX-GMS (LEAD CASE) |
| | Consolidated with:<br>No. CV-17-00216-PHX-GMS<br>No. CV-17-00217-PHX-GMS<br>No. CV-17-00218-PHX-GMS<br>No. CV-17-00222-PHX-GMS<br>No. CV-17-00581-PHX-GMS<br>No. CV-17-00587-PHX-GMS<br>No. CV-17-00615-PHX-GMS<br>No. CV-17-00622-PHX-GMS<br>No. CV-17-00623-PHX-GMS |
| | **NOTICE OF DISMISSAL OF DOE #13** |

Plaintiff ME2 Productions, Inc. provides notice of its voluntary dismissal of Defendant identified as Doe #13 with IP address 68.104.171.174 in Case cv-17-00615-GMS, **with prejudice**. This Doe #13 has not appeared in this action and no answer has been filed; accordingly, dismissal under Rule 41(a) is appropriate.

RESPECTFULLY SUBMITTED this 30th of June, 2017.

KERCSMAR & FELTUS PLLC


By *s/Greg Collins*
Geoffrey S. Kercsmar
Gregory B. Collins
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on June 30, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel of record in this matter.

*s/Brandi Bies*