Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ME2 Productions Incorporated | No. CV-17-00210-PHX-GMS (LEAD CASE) <br><br> Consolidated with: <br> No. CV-17-00216-PHX-GMS <br> No. CV-17-00217-PHX-GMS <br> No. CV-17-00218-PHX-GMS <br> No. CV-17-00222-PHX-GMS <br> No. CV-17-00581-PHX-GMS <br> No. CV-17-00587-PHX-GMS <br> No. CV-17-00615-PHX-GMS <br> No. CV-17-00622-PHX-GMS <br> No. CV-17-00623-PHX-GMS <br><br> **NOTICE OF DISMISSAL OF DOE #7** |

Plaintiff ME2 Productions, Inc. provides notice of its voluntary dismissal of Defendant identified as Doe #7 with IP address 184.178.204.86 in Case cv-17-00222-GMS, **without prejudice**. This Doe #7 has not appeared in this action and no answer has been filed; accordingly, dismissal under Rule 41(a) is appropriate.

RESPECTFULLY SUBMITTED this 11th of July, 2017.

              KERCSMAR & FELTUS PLLC

         By *s/Greg Collins*
           Geoffrey S. Kercsmar
           Gregory B. Collins
           7150 East Camelback Road, Suite 285
           Scottsdale, Arizona 85251
           *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on July 11, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel of record in this matter.

*s/Brandi Bies*