Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In re: ME2 Productions Incorporated | No. CV-17-00210-PHX-GMS (LEAD CASE) |
|---|---|
| | Consolidated with:<br>No. CV-17-00216-PHX-GMS<br>No. CV-17-00217-PHX-GMS<br>No. CV-17-00218-PHX-GMS<br>No. CV-17-00222-PHX-GMS<br>No. CV-17-00581-PHX-GMS<br>No. CV-17-00587-PHX-GMS<br>No. CV-17-00615-PHX-GMS<br>No. CV-17-00622-PHX-GMS<br>No. CV-17-00623-PHX-GMS |
| | **NOTICE OF DIMISSAL WITH PREJUDICE** |

Plaintiff ME2 Productions, Inc. provides notice of its voluntary dismissal **with prejudice** under Rule 41(a) of the following defendants:

| **Original Case Number**<br>CV-17-00216-PHX-GMS ||
|---|---|
| Doe Number | IP Address |
| 3 | 68.228.200.253 |
| 11 | 68.228.228.94 |
| 12 | 72.201.239.34 |
| 21 | 24.251.86.144 |

| **Original Case Number**<br>CV-17-00218-PHX-GMS ||
|---|---|
| Doe Number | IP Address |
| 4 | 68.3.46.207 |
| 20 | 24.251.84.23 |

| **Original Case Number** CV-17-00222-PHX-GMS ||
|---|---|
| Doe Number | IP Address |
| 4 | 68.104.172.26 |
| 28 | 70.162.216.208 |

| **Original Case Number** CV-17-00581-PHX-GMS ||
|---|---|
| Doe Number | IP Address |
| 3 | 72.208.10.58 |
| 17 | 72.223.123.253 |

| **Original Case Number** CV-17-00587-PHX-GMS ||
|---|---|
| Doe Number | IP Address |
| 5 | 68.228.54.71 |
| 12 | 68.98.24.15 |
| 19 | 24.251.73.211 |
| 22 | 68.104.234.20 |

| **Original Case Number** CV-17-00615-PHX-GMS ||
|---|---|
| Doe Number | IP Address |
| 12 | 70.162.225.234 |
|  |  |

| **Original Case Number** CV-17-00622-PHX-GMS ||
|---|---|
| Doe Number | IP Address |
| 2 | 68.104.158.207 |
| 14 | 184.176.84.141 |
| 29 | 70.190.131.115 |

These defendants have not answered or appeared; accordingly, dismissal pursuant to Rule 41(a) is appropriate. Plaintiff is not dismissing any other defendants at this time.

RESPECTFULLY SUBMITTED this 23rd of August, 2017.

KERCSMAR & FELTUS PLLC

By *s/Greg Collins*
Geoffrey S. Kercsmar
Gregory B. Collins
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I certify that on August 23, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel of record in this matter.

*s/Brandi Bies*

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001