Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ME2 Productions Incorporated | No. CV-17-00210-PHX-GMS (LEAD CASE) |
| | Consolidated with:<br>No. CV-17-00216-PHX-GMS<br>No. CV-17-00217-PHX-GMS<br>No. CV-17-00218-PHX-GMS<br>No. CV-17-00222-PHX-GMS<br>No. CV-17-00581-PHX-GMS<br>No. CV-17-00587-PHX-GMS<br>No. CV-17-00615-PHX-GMS<br>No. CV-17-00622-PHX-GMS<br>No. CV-17-00623-PHX-GMS |
| | **NOTICE OF DIMISSAL WITHOUT PREJUDICE** |

Plaintiff ME2 Productions, Inc. provides notice of its voluntary dismissal **without prejudice** under Rule 41(a) of the following defendants:

//

//

//

| **Original Case Number** CV-17-00210-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 1 | 68.228.33.166 |
| 3 | 24.251.14.218 |
| 4 | 24.255.8.11 |
| 5 | 70.176.89.184 |
| 6 | 68.104.177.26 |
| 7 | 68.106.61.244 |
| 12 | 98.179.132.174 |
| 14 | 70.162.49.101 |
| 18 | 68.226.28.213 |
| 19 | 72.201.31.249 |
| 21 | 98.191.179.118 |
| 22 | 70.162.36.2 |
| 25 | 98.177.129.25 |

| **Original Case Number** CV-17-00216-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 1 | 70.176.14.210 |
| 4 | 184.176.66.221 |
| 10 | 68.3.43.76 |
| 16 | 70.190.40.69 |
| 19 | 68.230.65.187 |
| 22 | 98.167.171.46 |
| 23 | 184.176.79.66 |

| **Original Case Number** CV-17-00217-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 1 | 70.184.122.56 |
| 5 | 184.183.152.34 |
| 11 | 24.251.72.185 |
| 25 | 68.230.42.44 |
| 27 | 68.110.115.31 |

| **Original Case Number** CV-17-00218-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 5 | 24.251.26.9 |
| 7 | 68.3.168.245 |
| 9 | 68.3.3.102 |
| 13 | 72.201.41.131 |
| 17 | 24.252.217.27 |
| 21 | 68.230.4.27 |

| **Original Case Number** CV-17-00222-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 1 | 70.186.33.178 |
| 3 | 72.208.15.23 |
| 6 | 68.228.240.233 |
| 9 | 70.176.59.39 |
| 10 | 68.230.24.138 |
| 13 | 68.227.251.238 |

| **Original Case Number** CV-17-00581-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 20 | 70.176.98.238 |
| 24 | 24.255.59.8 |

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

| **Original Case Number** CV-17-00587-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 4 | 70.176.152.245 |
| 9 | 68.106.24.112 |
| 11 | 174.67.126.10 |
| 14 | 70.190.72.213 |
| 16 | 24.255.29.235 |
| 23 | 68.98.28.152 |
| 24 | 70.190.29.55 |

| **Original Case Number** CV-17-00615-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 1 | 70.176.24.29 |
| 4 | 68.230.26.148 |
| 5 | 72.201.13.167 |
| 7 | 184.186.219.74 |
| 8 | 68.226.24.22 |
| 10 | 72.201.230.44 |
| 11 | 70.176.122.150 |
| 17 | 24.251.117.29 |
| 19 | 98.172.96.105 |
| 20 | 70.184.119.141 |

| **Original Case Number** CV-17-00622-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 21 | 70.162.125.72 |
| 24 | 70.162.216.223 |

| **Original Case Number** CV-17-00623-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 11 | 70.184.106.118 |
| 13 | 68.106.49.235 |
| 15 | 68.226.99.238 |
| 18 | 68.104.155.227 |
| 21 | 24.251.84.218 |
| 25 | 68.231.155.30 |
| 31 | 70.190.58.114 |

These defendants have not answered or appeared; accordingly, dismissal pursuant to Rule 41(a) is appropriate. Plaintiff is not dismissing any other defendants at this time.

RESPECTFULLY SUBMITTED this 29th of August, 2017.

KERCSMAR & FELTUS PLLC

By *s/Greg Collins*
Geoffrey S. Kercsmar
Gregory B. Collins
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

**CERTIFICATE OF SERVICE**

I certify that on August 29, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel of record in this matter.

*s/Brandi Bies*