Geoffrey S. Kercsmar (#020528)
Gregory B. Collins (#023158)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001
(480) 421-1002 fax
gsk@kflawaz.com
gbc@kflawaz.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ME2 Productions Incorporated | No. CV-17-00210-PHX-GMS (LEAD CASE) |
| | Consolidated with: <br> No. CV-17-00216-PHX-GMS <br> No. CV-17-00217-PHX-GMS <br> No. CV-17-00218-PHX-GMS <br> No. CV-17-00222-PHX-GMS <br> No. CV-17-00581-PHX-GMS <br> No. CV-17-00587-PHX-GMS <br> No. CV-17-00615-PHX-GMS <br> No. CV-17-00622-PHX-GMS <br> No. CV-17-00623-PHX-GMS |
| | **NOTICE OF DIMISSAL WITHOUT PREJUDICE** |

Plaintiff ME2 Productions, Inc. provides notice of its voluntary dismissal **without prejudice** under Rule 41(a) of the following defendants:

//

//

//

| **Original Case Number** CV-17-00210-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 2 | 68.2.251.217 |
| 9 | 98.172.81.139 |
| 13 | 72.222.176.76 |
| 15 | 68.106.34.184 |
| 16 | 68.230.82.49 |
| 17 | 68.0.134.43 |
| 20 | 24.251.120.38 |
| 23 | 72.208.204.230 |
| 24 | 70.190.61.125 |
| 26 | 68.226.19.146 |

| **Original Case Number** CV-17-00216-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 2 | 24.56.13.214 |
| 5 | 72.201.30.12 |
| 7 | 70.190.44.196 |
| 8 | 72.208.168.232 |
| 13 | 70.162.46.104 |
| 14 | 72.200.110.232 |
| 17 | 68.2.203.246 |
| 18 | 68.106.27.157 |
| 20 | 70.164.248.80 |
| 24 | 70.162.184.67 |

| **Original Case Number** CV-17-00217-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 2 | 24.251.197.130 |
| 3 | 68.2.104.137 |
| 6 | 70.176.139.29 |
| 7 | 24.251.62.42 |
| 8 | 72.201.22.205 |
| 9 | 184.183.14.152 |
| 10 | 72.223.50.100 |
| 13 | 68.99.212.214 |
| 16 | 24.56.29.247 |
| 18 | 68.230.99.45 |
| 19 | 68.3.105.57 |
| 20 | 24.251.27.46 |
| 21 | 68.231.163.42 |
| 22 | 70.162.196.116 |
| 24 | 70.162.81.49 |
| 26 | 68.98.217.146 |
| 28 | 98.172.80.82 |
| 29 | 68.231.86.25 |
| 30 | 68.104.150.133 |

| **Original Case Number** CV-17-00218-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 1 | 68.3.89.199 |
| 2 | 68.230.12.60 |
| 3 | 68.98.29.157 |
| 6 | 68.2.255.79 |
| 8 | 98.177.194.61 |
| 11 | 70.190.59.47 |
| 12 | 24.255.30.218 |
| 14 | 24.255.42.107 |
| 15 | 70.162.44.21 |
| 16 | 68.98.87.169 |
| 18 | 24.255.100.2 |
| 19 | 70.190.3.41 |

| **Original Case Number** CV-17-00222-PHX-GMS ||
|---|---|
| Doe Number | IP Address |
| 2 | 98.165.116.232 |
| 5 | 70.171.209.161 |
| 8 | 68.230.42.195 |
| 14 | 24.255.21.106 |
| 15 | 70.190.65.170 |
| 16 | 70.171.194.238 |
| 17 | 72.208.7.90 |
| 18 | 24.251.10.250 |
| 19 | 68.104.161.150 |
| 21 | 72.196.76.203 |
| 22 | 68.99.210.94 |
| 23 | 70.162.100.11 |
| 24 | 70.162.197.245 |
| 25 | 184.176.89.166 |
| 27 | 70.162.124.157 |
| 29 | 70.190.36.254 |
| 30 | 70.190.59.142 |

| **Original Case Number** CV-17-00581-PHX-GMS ||
|---|---|
| Doe Number | IP Address |
| 1 | 98.177.252.243 |
| 2 | 72.201.153.116 |
| 4 | 72.201.19.108 |
| 6 | 98.165.60.13 |
| 7 | 68.231.144.129 |
| 9 | 68.228.207.191 |
| 10 | 98.165.27.178 |
| 11 | 70.190.251.48 |
| 14 | 24.251.40.138 |
| 15 | 68.98.122.22 |
| 16 | 68.99.242.235 |
| 19 | 72.208.147.165 |
| 21 | 70.190.155.134 |
| 22 | 24.251.158.211 |
| 23 | 68.104.181.144 |
| 25 | 68.98.82.27 |
| 26 | 68.230.11.23 |
| 27 | 72.201.182.119 |
| 28 | 24.255.20.59 |
| 29 | 68.225.214.26 |
| 30 | 72.200.118.91 |
| 31 | 68.106.59.210 |
| 32 | 68.104.170.239 |

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

| **Original Case Number** CV-17-00587-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 1 | 72.211.190.199 |
| 2 | 68.98.37.233 |
| 3 | 68.227.233.98 |
| 7 | 70.190.135.115 |
| 8 | 68.2.44.12 |
| 10 | 72.211.144.160 |
| 13 | 98.177.241.104 |
| 15 | 72.208.9.109 |
| 18 | 72.208.66.41 |
| 20 | 98.167.150.169 |
| 21 | 68.110.7.92 |

| **Original Case Number** CV-17-00615-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 2 | 72.208.61.148 |
| 3 | 68.111.15.104 |
| 6 | 68.98.86.248 |
| 9 | 68.106.35.141 |
| 14 | 24.255.15.8 |
| 15 | 72.201.36.144 |
| 16 | 24.251.188.196 |
| 18 | 24.251.21.160 |

| **Original Case Number** CV-17-00622-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 3 | 70.190.240.120 |
| 4 | 24.255.41.8 |
| 5 | 68.0.186.226 |
| 6 | 24.251.82.92 |
| 7 | 68.3.83.12 |
| 8 | 68.106.26.209 |
| 9 | 24.251.24.168 |
| 13 | 68.2.221.76 |
| 15 | 98.164.136.151 |
| 16 | 68.104.150.220 |
| 17 | 98.191.101.227 |
| 20 | 24.251.248.16 |
| 22 | 70.162.102.22 |
| 25 | 68.98.25.222 |
| 27 | 70.176.24.63 |
| 28 | 68.3.78.196 |

| **Original Case Number** CV-17-00623-PHX-GMS | |
|---|---|
| Doe Number | IP Address |
| 3 | 72.201.64.165 |
| 4 | 24.56.28.169 |
| 5 | 72.201.182.83 |
| 6 | 68.231.50.5 |
| 7 | 24.251.40.12 |
| 8 | 72.201.5.90 |
| 9 | 70.176.44.50 |
| 10 | 24.251.30.252 |
| 12 | 68.225.53.6 |
| 14 | 24.251.70.73 |
| 16 | 72.200.105.242 |
| 17 | 98.174.241.37 |
| 19 | 68.3.255.153 |
| 20 | 70.176.54.142 |
| 22 | 70.190.131.129 |
| 23 | 24.251.195.186 |
| 24 | 68.99.215.51 |
| 26 | 68.109.191.202 |
| 28 | 68.230.20.152 |
| 32 | 70.162.199.161 |

These defendants have not answered or appeared; accordingly, dismissal pursuant to Rule 41(a) is appropriate. Plaintiff is not dismissing any other defendants at this time.

4

With this dismissal no defendants remain in consolidated matters: 2:17-cv-00218-GMS, 2:17-cv-00587-GMS and 2:17-cv-00615-GMS and these matters can be dismissed.

RESPECTFULLY SUBMITTED this 18th of September, 2017.

KERCSMAR & FELTUS PLLC

By  *s/Greg Collins*
Geoffrey S. Kercsmar
Gregory B. Collins
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

**CERTIFICATE OF SERVICE**

I certify that on September 18, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the counsel of record in this matter.

*s/Brandi Bies*