UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ME2 Productions Incorporated | No. CV-17-00210-PHX-GMS (LEAD CASE) <br><br> Consolidated with: <br> No. CV-17-00216-PHX-GMS <br> No. CV-17-00217-PHX-GMS <br> No. CV-17-00218-PHX-GMS <br> No. CV-17-00222-PHX-GMS <br> No. CV-17-00581-PHX-GMS <br> No. CV-17-00587-PHX-GMS <br> No. CV-17-00615-PHX-GMS <br> No. CV-17-00622-PHX-GMS <br> No. CV-17-00623-PHX-GMS <br><br> **FINAL DEFAULT JUDGMENT AGAINST MELISSA OLGUIN** |

The Court, having reviewed the Plaintiff's Motion for Default Judgment Against Melissa Olguin (the "Motion"), and good cause appearing therefor,

Plaintiff's Motion is **GRANTED**. Accordingly, it is ORDERED, ADJUDGED, and DECREED as follows:

(1) Defendants Melissa Olguin ("Defendants") have willfully infringed the rights of ME2 Productions, Inc. ("Plaintiff") in violation of 17 U.S.C. §501, *et seq*.

(2)     Defendants were properly served by personal service at their residence, located at 17631 W. Saguaro Lane, Surprise, AZ 85388.

(3)     Despite notice through personal service, Defendants failed to appear and defend in these proceedings.

(4)     Statutory damages are proper and reasonable to compensate Plaintiff and to provide notice and act as a deterrent to others. *See, e.g., Sony BMG Music Entm't v. Tenenbaum,* 660 F.3d 487, 500 (1st Cir. 2011), *cert. denied,* (U.S. May 21, 2012). Accordingly, Plaintiff's request for statutory damages pursuant to 17 U.S.C. § 504(c) against Defendants in the amount of $15,000.00 is **GRANTED**.

(5)     Plaintiff's request for permanent injunction against Defendants is **GRANTED**. Defendants are enjoined from, directly or indirectly, infringing Plaintiff's rights in the motion picture *Mechanic: Resurrection*. Defendants shall not reproduce, copy, distribute, upload, torrent, or otherwise make *Mechanic: Resurrection* available for public distribution, whether through the internet or otherwise, absent express written permission from Plaintiff.

(6)     Defendants are further **ORDERED** to destroy all illegally obtained copies of *Mechanic: Resurrection* in their possession, custody, or control, including both electronic files and any copies of *Mechanic: Resurrection* transferred onto any physical medium or device.

(7)     Defendants are further **ORDERED** to delete all software used to exchange unlicensed media content, such as the BitTorrent protocol, or to used make or distribute copies of *Mechanic: Resurrection*.

(8)     Defendants are further **ORDERED** to, in the future, refrain from knowingly and willfully using BitTorrent or any other online media distribution system for copying or downloading content in violation of U.S. copyright law.

(9)     There is no just reason for delay and therefore this judgment is entered as a final judgment as to the claims of Plaintiff against Defendants in this case.

(10)  The Clerk is instructed to enter this Final Default Judgment immediately.

**JUDGMENT ENTERED this _____ day of _____, 201\_.**