# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ME2 Productions Incorporated | No. CV-17-00210-PHX-GMS (**LEAD CASE**) <br><br> **Consolidated with:** <br> No. CV-17-00216-PHX-GMS <br> No. CV-17-00217-PHX-GMS <br> No. CV-17-00218-PHX-GMS <br> No. CV-17-00222-PHX-GMS <br> No. CV-17-00581-PHX-GMS <br> No. CV-17-00587-PHX-GMS <br> No. CV-17-00615-PHX-GMS <br> No. CV-17-00622-PHX-GMS <br> No. CV-17-00623-PHX-GMS <br><br> **DEFAULT JUDGMENT ORDER** |

Pending before the Court are Plaintiff's Motion for Entry of Default Judgment Against Melissa Olguin (Doc. 87), Motion for Entry of Default Judgment Against Marco Medina (Doc. 89), and Motion for Entry of Default Judgment Against Jerel Antal and Jane Doe Antal (Doc. 90). After review and consideration,

**IT IS HEREBY ORDERED** granting the Motions (Docs. 87, 89, 90) as follows:

1. Default Judgment against Defendant Melissa Olguin in the amount of $7,500.00 is awarded in favor of Plaintiff.

2. Default Judgment against Defendant Marco Medina in the amount of $7,500.00 is awarded in favor of Plaintiff.

/ / /

3. Default Judgment against Defendants Jerel Antal and Jane Doe Antal in the amount of $7,500.00 is awarded in favor of Plaintiff.

Dated this 23rd day of January, 2018.

_____
Honorable G. Murray Snow
United States District Judge